RAY v. MAJOR.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Judgment by default below on a promissory note. No motion below to set the default aside. The appeal is dismissed, with costs.